Allen O. Steiskal, a Minor, by Mary L. Steiskal, his Mother and Next Friend, and Sandra Steiskal, a Minor, by Eleanor Kuester, her Mother and Next Friend, Plaintiffs-Appellants, v. Connie Straus et al., Defendants-Appellees.

Gen. No. 10,691.

Thompson, Chambers & Thompson, for appellants; William C. Wines, of counsel; Joslyn, Parker & Kell, for certain appellees, Van Duzer, Gershon & Quinlan, for certain other appellee, and Eckert & Caldwell, for certain other appellee; V. E. Kell, Bernard H. Bertrand, and William I. Caldwell, of counsel. Opinion by JUSTICE DOVE. Not to be published in full. Opinion filed November 19, 1954; released for publication December 6, 1954.